# HOFFMAN POLLAND & FURMAN PLLC

Attorneys At Law
220 EAST 42nd STREET, SUITE 435
NEW YORK, NEW YORK 10017
(212) 338-0700
FAX (212) 338-0093
www.HPF-law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-7-12

September 7, 2012

**BY FACSIMILE**
**(212) 805-7912**
**and FEDERAL EXPRESS**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
SEP 07 2012
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

Re:  *U.S. vs Baraque, et al.*
     10-cr-00821-JGK-3

Dear Judge Koeltl:

Our client Ivan Baraque would like to take his family to visit his elderly mother at her home in Florida before he begins serving his sentence. The trip would be from September 14, 2012 through and returning on September 16, 2012. His mother's address is 88-47 N.W. 188 Terrace, Miami, Florida. AUSA Daniel P. Chung has consented to our request.

On behalf of our client, we ask that this trip be approved, and thank you for your courtesy.

Respectfully,

Mark L. Furman (MF4456)

cc: AUSA Daniel Chung
    Daniel.P.Chung@usdoj.gov

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

9/7/12

EXHIBIT A

MADISON PRODUCE MATTER

| Name | Backwages | Liquidated Damages | Total |
|---|---|---|---|
| Danilo Munoz | $5,542.91 | $2,217.16 | $7,760.07 |
| Cesar Hernandez | $3,663.64 | $1,465.45 | $5,129.09 |
| Ruben Nicolas Camilo | $5,695.71 | $2,278.29 | $7,974.00 |
| Fidel Mendoza Galve | $4,076.54 | $1,630.62 | $5,707.16 |
| Pedro Rincon Benitez | $5,464.65 | $2,185.86 | $7,650.51 |
| "Pancho" Baltazar Pastor | $1,654.55 | $661.82 | $2,316.37 |
| "Luis" Crescendo Diaz | $4,877.72 | $1,951.09 | $6,828.81 |
| Genaro Tapia | $6,458.06 | $2,583.23 | $9,041.29 |
| | $37,433.78 | $14,973.52 | $52,407.30 |